UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
RESSLER, PETER D.

Case No.: 18-10060  
Chapter: 7  
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
| --- |
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 19, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
| --- |
| Real Estate at: 44 POTTERSTOWN RD., P.O. BOX 375, OLDWICK, NJ<br>The debtor(s) purchased the property in 2004 for $1,000,000. The property is valued at $591,900 based upon a Comparative Market Analysis. |

| Liens on property: |
| --- |
| MR. COOPER - $1,488,512 |

| Amount of equity claimed as exempt: |
| --- |
| NONE |

Objections must be served on, and requests for additional information directed to:

| | |
| --- | --- |
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*